IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| RE:<br><br>Madawaska Hardscape Products, Inc.<br>3146 Wade Hampton Blvd.<br>Taylors, SC 29687<br><br><br>               Debtor(s) | )<br>)    Case Number: 12-01093-JW<br>)<br>)    Chapter 11<br>)<br>)<br>)<br>)<br>) |

### OBJECTION TO UNITED STATES TRUSTEE'S MOTION TO CONVERT CASE TO CHAPTER 7 AND MEMORANDUM IN SUPPORT OF MOTION

Madawaska Hardscape Products, Inc., hereinafter referred to as "Debtor", hereby objects to the United States Trustee's Motion To Convert Case To Chapter 7 And Memorandum In Support Of Motion ("Motion") filed on August 23, 2012, by Linda K. Barr, Trial Attorney for W. Clarkson McDow, Jr., United States Trustee, Region 4. In support of this objection, the Debtor submits the following:

### JURISDICTION

1.  The Debtor filed its voluntary petition for relief under Chapter 11 of the Bankruptcy Code on February 22, 2012 (the "Petition Date").

2.  This Court has subject matter jurisdiction over the Motion pursuant to 28 U.S.C. §1334. This is a core proceeding pursuant to 28 U.S.C. §157(b)(2). The Court can exercise its subject matter jurisdiction pursuant to 28 U.S.C. §157(b)(1). Venue of these proceedings and the Motion is proper in the district pursuant to 28 U.S.C. §§1408 and 1409.

### CASE STATEMENT

3.  The Debtor filed for relief under chapter 11 of the Bankruptcy Code on February 22, 2012 ("Petition Date"). The Debtor has remained in possession since filing.

4.  The Debtor owns manages and operates two retail stores which market and sell a wide selection of natural stone, slate, stepping stones, arbors, ornament granite and cobblestone for landscape design for pathways, gardens and edging.

5.  The Debtor's main store is located at 3146 Wade Hampton Boulevard, Taylors, South Carolina ("South Carolina Store"), and the other store is located at 222 Riverside Street,

Portland, Maine ("Maine Store").

6. The Debtor also owns 5.69 Acres located at 200 North Watson Road, Taylors, South Carolina, Greenville County Tax Map #T030.00-02-003.01 ("Watson Realty"), wherein the Madawaska Hardscape Products, Inc. maintains inventory for the South Carolina retail store.

7. The Watson Realty is not currently leased and was not leased as of the Petition Date.

8. The Debtor is wholly owned by Daniel B. Albert.

9. Daniel B. Albert is also the sole owner of 222 Riverside Corp. ("Riverside") which owns the Maine Store.

10. On July 25, 2012, Riverside filed for relief under chapter 11 of the Bankruptcy Code in the District of South Carolina ("Riverside Chapter 11 Bankruptcy").

11. On July 25, 2012, the Debtor and Riverside filed a Motion For Substantive Consolidation ("Motion For Substantive Consolidation").

12. On July 27, 2012, TD Bank, N.A. filed a Motion To Transfer Venue of the Riverside Chapter 11 Bankruptcy from the District of South Carolina to the District of Maine.

13. On August 14, 2012, the Court ordered the Riverside Chapter 11 Bankruptcy transferred to the District of Maine.

14. On August 14, 2012, counsel for the Debtor filed a Motion To Withdrawal As Counsel.

15. As of the date of this Objection, the Debtor has not retained substituted counsel.

16. The Debtor is currently and will continue to operate at a substantial profit.

## OBJECTION TO DISMISSAL

11 U.S.C. §1112(b)(1) provides that a debtor's case may be dismissed or converted for "cause". Cause is defined in 11 U.S.C. §1112(b)(4) to include:

> "(J) failure to file a disclosure statement, or to file or confirm a plan, within the time fixed by this title or by order of the court."

Courts are given broad discretion in determining what may constitute sufficient cause for the dismissal or conversion of a case. Toibb v. Radloff, 501 U.S. 157, 165 (1991).

The Debtor has continued to manage and operate the estate at a substantial profit. The Debtor was working with its counsel to prepare and file a disclosure statement and plan for filing

within one hundred and eighty days of the Petition Date. However, due to disagreements between the Debtor and its counsel, the disclosure statement and plan was not timely filed. A disclosure statement and plan of reorganization is expected to be filed within seven (7) days of this Objection.

The Debtor has not been wallowing in this case. The Debtor has been very vigilant and active in increasing its net monthly profits, and the Debtor has been and will continue to be very vigilant and active in bringing it to a successful conclusion. The Debtor operates at a substantial profit for the benefit of all of its creditors. Although it is entering into the slow season, the Debtor has sufficient funds and business to remain profitable for year. The Debtor is worth considerably more as an ongoing business than if it were liquidated pursuant to a Chapter 7 bankruptcy. Due to the security interest held by TD Bank, N.A., there is little to no equity available to unsecured creditors. Therefore, it is in the best interest of the estate and the unsecured creditors for the Debtor to remain in a Chapter 11 Bankruptcy. Consequently, the Debtor is entitled to remain under the protection of the Chapter 11 bankruptcy. The case should not be converted for cause under §1112(b)(4)(J).

For the foregoing reasons, this case should not be converted to a Chapter 7 pursuant to the provisions of 11 U.S.C. §1112(b)(1) and (4)(J) and the Debtor requests that the Court deny the requests for such order.

Respectfully submitted,

_[signature]_

Robert A. Pohl. DCID 10877
**POHL, P.A.**
Attorney for the Debtor
32 South Main Street, Suite 215
Greenville, SC 29601
Telephone: (864) 361-4827
Facsimile: (864) 558-5291

Dated  September 16, 2012
Greenville, South Carolina

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

RE: )
) Case Number: 12-01093-JW
Madawaska Hardscape Products, Inc. )
3146 Wade Hampton Blvd. ) Chapter 11
Taylors, SC 29687 )
)
)
Debtor(s) )
)

## CERTIFICATE OF SERVICE

**OBJECTION TO UNITED STATES TRUSTEE'S MOTION TO CONVERT
CASE TO CHAPTER 7 AND MEMORANDUM IN SUPPORT OF MOTION**

I hereby certify that I have faxed, mailed by US Regular mail and or electronically mailed a true and accurate copy of the foregoing to said parties at the addresses shown below:

SERVED ON ALL PARTIES IN
INTEREST AS SHOWN ON THE
ATTACHED MAILING MATRIX

Dated September 16, 2012

In Greenville, South Carolina          /S/Robert Pohl
                                       ATTORNEY FOR
                                       POHL, PA
                                       Attorney for Debtor(s)
                                       P.O. Box 27290
                                       Greenville South Carolina 29616
                                       (864) 233-6294  Phone
                                       (864) 558-5291  Fax

Label Matrix for local noticing
0420-7
Case 12-01093-jw
District of South Carolina
Spartanburg
Sun Sep 16 18:27:18 EDT 2012

222 Riverside Corp
3146 Wade Hampton Boulevard
Taylors SC 29687-2802

3146 WHB, LLC
3146 Wade Hampton Boulevard
Taylors SC 29687-2802

ADAMS PRODUCTS CO
MARTIN L STARK ESQ
PARSONS OUVERSON STARK & GUEST PA
PO BOX 2850
MURRELLS INLET SC 29576-2664

AL'S GARDEN ART INC
STUART G. STEINGRABER, ESQ.
1240 E ONTARIO AVE. #102-117
CORONA, CA 92881-8671

Aaron P. Burns
P.O. Box 108
Portland ME 04112-0108

Abenaqui Carriers
P.S. Marston Associates, LLC
38B South Road
North Hampton NH 03862-2432

Al's Garden Art
P.O. Box 111
Colton CA 92324-0111

Alliance Designer Products, Inc.
225 boul. Bellerose West Vimont
Laval, QC H7L 6A1
Canada

Associated Design Partners, Inc.
80 Leighton Road
Falmouth ME 04105-2242

Ayers Supply, Inc.
2036 Newton Ransom Boulevard
Clarks Summit PA 18411-9693

B&L Distributing Co. Inc. of SC
5636 Shakespeare Road
Columbia SC 29223-7206

BANK OF AMERICA
NC1-001-07-06
101 N TRYON ST
CHARLOTTE NC 28246-0100
ATTN BRENDA TEMPLE

Bank of America
P.O. Box 15710
Wilmington DE 19886-5710

Bank of America Mortgage
P.O. Box 660576
Dallas TX 75266-0576

Linda Barr
Office of United States Trustee
1835 Assembly Street
Suite 953
Columbia, SC 29201-2448

Boyd Stone & Quarries
P.O. Box 579
Marion NC 28752-0579

Joseph F. Buzhardt III
Office of the United States Trustee
1835 Assembly Street Suite 953
Columbia, SC 29201-2448

CONNECTICUT DEPT OF REVENUE SERVICES
DEPT OF REVENUE SERVICES
C&E DIVISION, BANKRUPTCY SECTION
25 SIGOURNEY STREET
HARTFORD CT 06106-5032

James Henry Cassidy
PO Box 10529
Greenville, SC 29603-0529

Chase
Post Office Box 78039
Phoenix, AZ 85062-8039

Chase Auto Finance
P.O. Box 78101
Phoenix AZ 85062-8101

City of Portland
P.O. Box 544
Portland ME 04112-0544

Community Journals, LLC
148 River Street Innovate
Suite 120
Greenville SC 29601-2566

Cooper Sand & Gravel Co., Inc.
332 Cooper Lane
Easley SC 29642-8211

Crowley Transport Services, LLC
104 Moody Street
Ludlow MA 01056-1273

Curv-Rite, Inc.
3603 North Main Street
Wayland MI 49348-1559

Debra L. Strong, Chief County Detective
Susquehanna County
Office of the District Attorney
105 Maple Street, P.O. Box 218
Montrose PA 18801-0218

Reid E. Dyer
Moore & Van Allen, PLLC
40 Calhoun St., Suite 300
Charleston, SC 29401-3535

FIA CARD SERVICES, N.A.
PO Box 15102
Wilmington, DE 19886-5102

FIREROCK PRODUCTS, LLC
W. MCCOLLUM HALCOMB
PO BOX 12005
BIRMINGHAM, AL 35202-2005

Filler & Associates
P.O. box 4177
Portland ME 04101-0377

Fire Rock Products, LLC
P.O. Box 272
Fairfield AL 35064-0272

Firestone Building Products
250 West 96th Street
Indianapolis IN 46260-1318

Fuller Five Landscape Supply
P.O. Box 150
Cusseta AL 36852-0150

Genest Concrete
P.O. Box 151
36 Wilson Street
Sanford ME 04073-2106

Geo. Schofield Co.
488 Madison Avenue
Suite 800
New York NY 10022-5728

Goria Enterprises
Oldcastle Architectural, Inc.
P.O. Box 281479
Atlanta GA 30384-1479

Granit Orford
10295 Rue Panorama
Sherbrooke, QC
J1N 0G8 Canada

Greenville County Tax Collector
301 University Ridge
Suite 700
Greenville SC 29601-3659

Greenville County Tax Collector 390
P.O. Box 100221
Columbia SC 29202-3221

HANDYMAN EQUIPMENT RENTAL CO INC
KATHI BLACK
357 RIVERSIDE STREET
PORTLAND ME 04103-1036

Hadeka Stone Corp.
P.O. Box 108
115 Staso Lane
Hampton NY 12837-2214

Handyman Equipment
357 Riverside Street
Portland ME 04103-1096

Hanes Geo Components
L&P Financial Services Co.
P.O. Box 60984
Charlotte NC 28260-0984

Henri Roy Transport
60 Maple Street
Stanstead
QC J0B 3E0
Canada

Herb Kilmer & Sons, Inc.
P.O. box 129
Kingsley PA 18826-0129

Hopkinson & Abbondanza Attorneys
Attn: Gerald B. Schofield, Jr.
511 Congress Street
Suite 801
Portland ME 04101-3422

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia PA 19101-7346

JDL & Company, LLC
1741 E. Morten Avenue
Suite A
Phoenix AZ 85020-4645

JP Morgan Chase Bank NA
c/o Tobias G Ward Jr.
Post Office Box 6138
Columbia, SC 29260-6138

JPMorgan Chase Bank, N.A
po box 901032 Ft Worth,TX 76101

JPMorgan Chase Bank, N.A.
Attn: James H. Rohr
P.O. Box 91308-OH2-5170,9th Floor
Cleveland, OH 44101
james.h.rohr@chase.com

Jurgie's Inc.
P.O. box 461386
Escondido CA 92046-1386

Dana M. Lahey
Roe Cassidy Coates & Price PA
PO Box 10529
Greenville, SC 29603-0529

Landscaper's Depot, Inc.
59 Route 125
Kingston NH 03848-3580

MEMIC
P.O. Box 159
Madawaska ME 04756-0159

MEMIC - Ezzy Agency
116 Main Street
Suite 105
Madawaska ME 04756-1476

Madawaska Hardscape Products, Inc.
3146 Wade Hampton Boulevard
Taylors, SC 29687-2802

Maine Revenue Department
P.O. Box 1060
Augusta ME 04332-1060

Eugene B. McLeod III
SC Dept of Employment & Workforce
PO Box 995
Columbia, SC 29202-0995

Morin Bros.
P.O. Box 1510
Auburn ME 04211-1510

Mr. Yves V. Joyal
3 Trapper John Road
Scarborough ME 04074-8447

Netsuite Inc.
15612 Collection Center Drive
Chicago IL 60693-0156

New England Industrial Truck, Inc.
195 Wildwood Avenue
Woburn MA 01801-2024

OLD WORLD COBBLE, LLC
C/O ATTORNEY PAUL MARTIGNETTI
ZERO GOVERNORS AVENUE, SUITE 6
MEDFORD, MA 02155

OLDCASTLE ARCHITECTURAL
COUNTRY RD 42
PO BOX 472
FISHERS NY 14453-0472

ONLINE LOGISTICS
PO DRAWER 5925
FLORENCE SC 29502-5925

Old World Cobble, LLC
6 Colletti Lane
Swansea MA 02777-4022

Oldcastle Foster-Southeastern
Oldcastle Architectural, Inc.
P.O. Box 281479
Atlanta GA 30384-1479

OnSite
2 William Street
Suite 202
White Plains NY 10601-1912

Online Logistics
P.O. Box 6284
Florence SC 29502-6284

PERKINS OLSON PA
PO BOX 449
PORTLAND ME 04112-0449

PORTLAND STONE WARE CO INC
PO BOX 670
DRACUT MA 01826-0670

PS MARSTEN ASSOC LLC
PS MARSTEN ASSOC
38 B SOUTH RD
NORTH HAMPTON NH 03862-2432

Pavestone, LLC
P.O. Box 930134
Atlanta GA 31193-0134

Perkins Olson, P.A.
30 Milk Street
P.O. Box 449
Portland ME 04112-0449

Robert A. Pohl
POHL, P.A.
PO Box 27290
Greenville, SC 29616-2203

Portland Stone Ware Co., Inc.
50 McGrath Road
P.O. Box 670
Dracut MA 01826-0670

S.C. Department of Revenue and Taxation
P.O. Box 12265
Columbia SC 29211-2265

S.C. Employment Security Commission
BPC Collection Unit
P.O. Box 2644
Columbia SC 29202-2644

S.C. Employment Security Commission
P.O. Box 995
Columbia SC 29202-0995

SC Department of Employment and Workforce
P.O. Box 8597
Columbia, South Carolina 29202-8597
(803) 737-3168

SC Dept. of Rev & Tax
P.O. Box 12265
Columbia SC 29211-2265

STATE OF MAINE
STATE OF MAINE BUREAU OF REVENUE SERVICE
COMPLIANCE DIVISION
PO BOX 9101
AUGUSTA ME 04332-9101

South Carolina Department of Employment and
R. E. David Building
P.O. Box 8597
Columbia, SC 29202-8597

Squirrel Mountain Stone, Inc.
a/k/a Cedar Bark Stone, Inc.
P.O. Box 1855
Columbia TN 38402-1855

State of Connecticut
25 Sigourney Street
Hartford CT 06106-5003

State of Connecticut
P.O. Box 5089
Hartford CT 06102-5089

Steve Goodine
19 Hinckley Hill Road
Carmel ME 04419-3531

| | | |
|---|---|---|
| Stone Sales & Service, Inc.<br>P.O. box 685<br>Dunlap TN 37327-0685 | Stoney Inc.<br>11073 Peach Avenue<br>Grant MI 49327-9332 | Strange Brothers Grading Co., Inc.<br>4320 Wade Hampton Blvd.<br>Taylors SC 29687-2253 |
| Stuart G. Steingraber<br>1240 East Ontario Avenue<br>#102-117<br>Corona CA 92881-8671 | TD Bank, N.A.<br>c/o Roe Cassidy Coates & Price, P.A.<br>Attn. Dana M. Lahey<br>Post Office Box 10529<br>Greenville, SC 29603-0529 | TD Bank, N.A.<br>P.O. Box 5600<br>Lewiston ME 04243-5600 |
| TD Bank, N.A. c/o Roe Cassidy Coates & Price<br>Post Office Box 10529<br>Greenville, SC 29603-0529 | TRUCKLUBE MOBILE FLEET SERVICE LLC<br>TRUCKLUBE<br>PO BOX 724<br>TRAVELERS REST SC 29690-0724 | The Hartford<br>P.O. Box 2907<br>Hartford CT 06104-2907 |
| Tom Parks (aka Provident Concrete)<br>AKA Kathryn L. Dorst Irrevocable Trust<br>4709 Stuart Glen Drive<br>Nashville TN 37215-4820 | Transpave, Inc.<br>500 Rue St-Eustache<br>St-Eustache QC J7R 7E7<br>Canada | TruckLube Mobile Fleet Service, LLC<br>P.O. Box #724<br>Travelers Rest SC 29690-0724 |
| US Trustee's Office<br>Strom Thurmond Federal Building<br>1835 Assembly St.<br>Suite 953<br>Columbia, SC 29201-2448 | Upstate Forklift & Truck Center<br>c/o Magnolia Financial, Inc.<br>P.O. Box 890995<br>Charlotte NC 28289-0995 | WINDSTREAM COMMUNICATIONS<br>2 N MAIN ST<br>GREENVILLE SC 29601-2719 |
| Tobias G. Ward Jr.<br>Tobias G. Ward, Jr., PA<br>PO Box 6138<br>Columbia, SC 29260-6138 | Waste Management<br>2625 W. Grandview Rd. Ste. 150<br>Phoenix, AZ 85023-3109 | Waste Management Company<br>390 Innovation Way<br>Wellford SC 29385-8900 |
| Windstream Communications<br>P.O. Box 580451<br>Charlotte NC 28258-0451 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Bank Of America, N.A.

End of Label Matrix
Mailable recipients   108
Bypassed recipients     1
Total                 109